IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


DAVID LEE DANIELS                                                                     PLAINTIFF

            v.                          Civil No. _06-5072_

SHERIFF KEITH FERGUSON,
CORPORAL JESSEN, CORPORAL
MCALESTER, and OFFICER LEE                                                            DEFENDANTS


## ORDER

Plaintiff has submitted a pro se civil rights complaint for filing in this district. We find the

complaint should be provisionally filed prior to a determination regarding plaintiff's status as a

pauper. The United States District Clerk is hereby directed to file the complaint.

This court has provided plaintiff with an application for proceeding as a pauper in this

matter. Accordingly, plaintiff is given up to and including May 22, 2006, in which to furnish the

court with an application or pay the filing fee.     **Should plaintiff fail to comply within the**

**required period of time, his complaint will be dismissed for failure to obey a court order.** .

IT IS SO ORDERED this 21st day of April 2006.


_Beverly Stites Jones_
_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE


U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 2 5 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK


AO 72A
(Rev. 8/82)