```
             IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

DAVID LEE DANIELS                                              PLAINTIFF

    v.                              No. 06-5072

SHERIFF KEITH FERGUSON,
et al.                                                        DEFENDANTS

## ORDER

Now on this 6th day of September, 2007, comes on for consideration the Report and Recommendation filed herein on August 17, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 39.) Plaintiff has not filed any objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the defendants' **Motion for Summary Judgment (Doc. 24)** is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

                                                /S/JIMM LARRY HENDREN
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE