```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

DAVID LEE DANIELS                                           PLAINTIFF

    v.                        No. 06-5072

SHERIFF KEITH FERGUSON,
et al.                                                      DEFENDANTS

## ORDER

On September 6, 2007, the Court entered an order (Doc. 41) adopting the Report and Recommendation filed in this case on August 17, 2007 (Doc. 39), granting the defendants' Motion for Summary Judgment (Doc. 24), and dismissing plaintiff's case with prejudice.

On September 12, 2007, Plaintiff filed objections to the Report and Recommendation. (Docs. 42, 43.) While Plaintiff's objections are untimely, the Court has nevertheless considered them and has reviewed this case *de novo.*

The Court finds that the plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation. Accordingly, the Court reaffirms its prior ruling adopting the Report and Recommendation (Doc. 39), granting defendant's Motion for Summary Judgment (Doc. 24), and dismissing plaintiff's case with prejudice.

IT IS SO ORDERED this 18th day of September, 2007.

                                                /S/JIMM LARRY HENDREN
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE